Document Page 1 of 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                               : CASE NO: 03-40681
MICHAEL DAVID WAGNER            (chapter 13)
                                      JUDGE THOMAS WALDRON

                                       :
      Debtor(s)                           :
SSN XXXX-XX-6876

---
### REPORT OF UNCLAIMED FUNDS
---

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

MICHAEL DAVID WAGNER
143 LARRY AVE.
VANDALIA, OH 45377                                            $27.28

                                                  TOTAL       $27.28

                                                  CHECK NO.     3985413

                                               /s/ Jeffrey M. Kellner  0022205
                                               Chapter 13 Trustee
                                               131 N. Ludlow St.   Suite 900
                                               Dayton, OH  45402
                                               (937) 222-7600   Fax (937) 222-7383
                                               Email:  chapter13@dayton13.com

                                               DATED:  11/20/09

03-40681

Certificate of Service

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

| OFFICE OF THE US TRUSTEE | MICHAEL WAGNER | LEE HOHL |
|---|---|---|
| 170 NORTH HIGH ST. | 143 LARRY AVE. | 1839 E STROOP RD. |
| SUITE 200 | VANDALIA, OH 45377 | KETTERING, OH 45429 |
| COLUMBUS, OH 43215 | | |

                              Jeffrey M. Kellner    By \s\Jeffrey M. Kellner

0340681_20091120_me

###